IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CENTRAL LABORERS' PENSION,**
**WELFARE AND ANNUITY FUNDS,**

**Plaintiffs,**
v.

                                        10-208-DRH

**MIA CONSTRUCTION CO., INC., and**
**ISAAC P. AUSTIN, individually,**

**Defendants.**

## DEFAULT JUDGMENT

The Court **GRANTS** plaintiff's Motion for Default Judgment, and IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

1.  That plaintiffs recover from the defendants, **MIA Construction Co., Inc.,** and **Isaac P. Austin**, individually, the sum of eighteen thousand three hundred two dollars and twenty-seven cents ($18,302.27) for Audit Liabilities known to be owed by defendants to plaintiff.

2.  That plaintiffs recover from the defendants, **MIA Construction Co., Inc., and Isaac P. Austin**, individually, the sum of seventy-seven dollars and sixty-four cents ($77.64) for liquidated damages.

3.  That plaintiffs recover from defendants, **MIA Construction Co., inc.**, and **Isaac P. Austin**, individually, the costs of these proceedings to include the sum

of one thousand eight hundred dollars ($1,800.00) for the plaintiffs' just and reasonable attorneys' fees, costs and expenses.

    4.    Judgment is hereby entered against the defendants, **MIA Construction Co., inc.**, and **Isaac P. Austin** individually, in the amount of twenty thousand one hundred seventy-nine dollars and ninety-one cents ($20,179.91).

    5.    That plaintiffs are awarded execution for the collection of the judgments and costs granted hereunder.

    6.    That the Court hereby retains jurisdiction of this cause and all the parties hereto for the purpose of enforcing this Order.

DATED: January 31, 2011

David R. Herndon
2011.01.31
10:58:50 -06'00'

**Chief Judge**
**United States District Court**